# The Roth Law Firm, PLLC

295 Madison Avenue, 22nd Floor
New York, NY 10017
Tel.: (212) 542 8882    Fax: (212) 542 8883
www.rrothlaw.com

November 17, 2015

**Via Electronic Case Filing**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, New York 10007

> Re:   *Orue et al. v. Artisanal Fromagerie & Bistro LLC, et al.*
>        *Civil Action No.: 15 Civ. 5727 (KPF)*

Dear Judge Failla:

  This firm represents Defendants Artisanal Fromagerie & Bistro LLC and Vincent S. Bonfittodrory a/k/a Sarid Drory.  On October 28, 2015, the Court held an Initial Pretrial Conference in this matter and, after a discussion was held with respect to Plaintiffs' anticipated motion for preliminary certification under the Fair Labor Standards Act, the Court directed: (i) Plaintiffs to provide to Defendants any declarations in support of their anticipated motion within two weeks of the conference; and (ii) Defendants to submit a letter to the Court indicating whether they would oppose the motion within three weeks of the conference (or, November 18, 2015).

  While Plaintiffs have complied with the Court's directive, the undersigned must unfortunately report to the Court that the attorney-client relationship between our firm and our clients has been irreparably shattered and we have been informed by our clients that they intend to hire new counsel.  In light of the circumstances, and in order to preserve our clients' rights, we would respectfully ask the Court to stay these proceedings for a period of one week in order to allow our client to retain new counsel (and file a substitution accordingly); and if our clients do not retain new counsel by that time, that the Court permit our firm to withdraw as counsel in this matter.

  We sincerely apologize to the Court and to all counsel.  These events started to unfold just yesterday, otherwise we would have brought this issue to the Court's attention sooner.

> Respectfully submitted,
> /s/
> Jordan M. Kam

Cc: All counsel (via ECF and electronic mail)