# SALVATORE LIGA & COMPANY, PLLC

777 Westchester Avenue, Suite 101
White Plains, New York 10604
(877) 725-5442
(917) 591-8818 Fax

April 24, 2017

**Via ECF & Electronic Mail**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, New York 10007
E: Failla_NYSDChambers@nysd.uscourts.gov

Re: *Orue et al v. Artisanal Fromagerie & Bistro LLC, etal.*
*Civil Action No: 15 Civ 5727 (KPF)*

Dear Judge Failla:

I find myself in a very ackward situation.

At 11:39 AM, last evening Mr. Drory sent me an email terminating my representation effective immediately.

I have not heard from either Mr. Drory or Ms. Schulman regarding who is representing them. Neither party has responded to my texts or emails today.

I contacted two attorneys which they mentioned, as possible replacements. The one attorney which was copied on the described email informed me in writing that he **WAS NOT** representing them. The other attorney emailed me that he would be representing Mr. Drory, **IF** he can meet with him. I called that attorney's office 40 minutes ago and I was told he was in Court.

As of 4:15 PM, today, I have not received a *consent to change attorney* from anyone, nor am I aware of anyone having filed an appearance on their behalf.

I will be present tomorrow for the hearing. <u>I am not authorized to make any statements on behalf Mr. Drory or Ms. Schulman, nor am I at liberty to share any documents given to me, the list of which I provided to the Court in an earlier letter.</u> I received said documents via email, so Mr. Drory has copies and I assume his new lawyer has them as well.

Very truly yours,

SALVATORE J. LIGA, ESQ.

Page 1 of 1