# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH *^†
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ

J. TED DONOVAN
DORAN I. GOLUBTCHIK
MICHELLE McLEOD*
ARTHUR A. HIRSCHLER
ELI RAIDER
SERGIO J. TUERO*
JAY E. SIMENS
STEWART WOLF*
CHRISTOPHER R. CLARKE
ERIC ZARATIN
AVROHOM C. POSEN
RAQUEL L. GOLDSTEIN
NEIL I. ALBSTEIN*
MICHAEL B. PODOLSKY*
SARAH BENJI*

Kevin J. Nash, Esq.
Direct: (212) 301-6944
Facsimile: (212) 422-6836
KNash@gwfglaw.com

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT A. KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
^ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
° ALSO ADMITTED IN CALIFORNIA
* MEMBER OF FLORIDA & DC & NY

April 24, 2017

Hon. Katherine Polk Failla
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Re: MORENA ORUE, et al., v. ARTISANAL FROMAGERIE & BISTRO, LLC, et al.
Case No. 15 Civ. 5727 (KPF)

Dear Judge Failla:

My firm has just been retained to represent Sarid Drory in connection with the hearing scheduled for tomorrow, April 25, 2017 to consider Your Honor's Order of April 3, 2017.

Attached hereto is a Declaration signed by Mr. Drory, together with my firm's Notice of Appearance pending substitution of counsel.

Thank you for your consideration of the Declaration.

Respectfully yours,

Kevin J. Nash, Esq.

Cc: Salvatore Liga, Esq. (Via ECF)
Brian S. Schaffer, Esq. (Via ECF)