

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

November 27, 2017

**Via ECF & Electronic Mail**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, New York 10007
E: Failla_NYSDChambers@nysd.uscourts.gov

     Re:  *Orue et al v. Artisanal Fromagerie & Bistro, et. al*
        *No.: 15 Civ. 5727 (KPF)*

Dear Judge Failla:

  We represent Plaintiffs in the above-referenced action. Pursuant to Your Honor's Order dated November 13, 2017 (ECF No. 147), we write jointly with Defendants Artisanal Fromagerie & Bistro LLC and Vincent S. Bonfittodrory a/k/a "Sarid Drory" to provide the Court with a copy of the fully executed Revised Settlement Agreement for your review, and respectfully request judicial approval of the parties' proposed agreement attached hereto as **Exhibit 1**.

  On behalf of all parties, we thank Your Honor for your time and consideration in this matter.

                   Respectfully Submitted,

                   Nicholas P. Melito

CC: Counsel of Record (via Electronic Mail & ECF)
   Ms. Nancy Temple, Esq. (via Electronic Mail)