

**MEMO ENDORSED**

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

November 27, 2017

**Via ECF & Electronic Mail**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, New York 10007
E: Failla_NYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 28, 2018

Re: *Orue et al v. Artisanal Fromagerie & Bistro, et. al*
No.: 15 Civ. 5727 (KPF)

Dear Judge Failla:

We represent Plaintiffs in the above-referenced action. Pursuant to Your Honor's Order dated November 13, 2017 (ECF No. 147), we write jointly with Defendants Artisanal Fromagerie & Bistro LLC and Vincent S. Bonfittodrory a/k/a "Sarid Drory" to provide the Court with a copy of the fully executed Revised Settlement Agreement for your review, and respectfully request judicial approval of the parties' proposed agreement attached hereto as **Exhibit 1**.

On behalf of all parties, we thank Your Honor for your time and consideration in this matter.

Respectfully Submitted,

Nicholas P. Melito

CC: Counsel of Record (via Electronic Mail & ECF)
Ms. Nancy Temple, Esq. (via Electronic Mail)

The Court is in receipt of the parties' revised settlement agreement. The Court has reviewed the proposal in light of *Cheeks* v. *Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *Lopez* v. *Nights of Cabiria*, 96 F. Supp. 3d 170 (S.D.N.Y. 2015), and *Wolinsky* v. *Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012), and finds that the settlement is fair.

In light of the parties' submission of their revised agreement, the pretrial conference, previously scheduled for Wednesday, November 29, 2017, at 10:30 a.m., is hereby ADJOURNED *sine die*.

Dated:     November 28, 2017          SO ORDERED.
           New York, New York

                                      *[signature]*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE