# FITAPELLI & SCHAFFER
— ATTORNEYS AT LAW —

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

September 28, 2018

**Via ECF & Electronic Mail**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, New York 10007
E: Failla_NYSDChambers@nysd.uscourts.gov

      *Re:*   *Orue et al. v. Artisanal Fromagerie & Bistro LLC, et al.*
            *Civil Action No.: 15 Civ. 5727 (KPF)*

Dear Judge Failla:

    Pursuant to Plaintiffs' letter filed on September 27, 2018 (*see* ECF No. 164), please find attached, as Exhibit A, a Proposed Order in this matter. We thank Your Honor for your time and attention to this matter.

                                                             Respectfully yours,

                                                            Arsenio Rodriguez

Enclosure

    cc:    Counsel of Record (via Electronic Mail & ECF)